# IN THE SUPREME COURT OF THE STATE OF NEVADA

NICHOLAS JAMES WILLING,
          Appellant,

vs.

THE STATE OF NEVADA,
          Respondent.

No. 74774

**FILED**

FEB 26 2018

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY S. Young
DEPUTY CLERK

## *ORDER DISMISSING APPEAL*

This is a pro se appeal from a purported district court decision denying a motion for hearing on newly discovered evidence. Fifth Judicial District Court, Nye County; Robert W. Lane, Judge.

Because no statute or court rule permits an appeal from the aforementioned order, we lack jurisdiction. *Castillo v. State*, 106 Nev. 349, 352, 792 P.2d 1133, 1135 (1990). Accordingly, we

ORDER this appeal DISMISSED.

_____Pickering_____, J.
Pickering

_____J.
Gibbons

_____, J.
Hardesty

cc:   Hon. Robert W. Lane, District Judge
      Nicholas James Willing
      Attorney General/Carson City
      Nye County District Attorney
      Nye County Clerk

18-07380